USDC SCAN INDEX SHEET



















R1R    2/17/05    7:56

3:04-CV-01143    AL RAWI V. TITAN CORPORATION

*124*

*MO.*



# Minutes of the United States District Court
## Southern District of California
### Monday, February 14, 2005

2004CV01143-R(NLS)

**For the Honorable:    John S. Rhoades   District Judge**

**Deputy Clerk:    Alex Ramos    Court Reporter/ECR:  Hope Goldsmith**

On Calendar:

2004CV01143-R(NLS)                 Al Rawi  vs  Titan Corporation

William J. Aceves   619 515-1589
Shereef Hadi Akeel    248 594-9595
F Greg Bowman    202 434-5929
Christopher Q. Britton    619 233-3131
Susan L. Burke   215 772-7223
Raymond J. Coughlan, JR    619 232-0800
Alison L. Doyle    202 496-7604
Roderick E. Edmond    404 525-1080
Joseph E. Fluet, III    202 434-5929
L Palmer Foret    301 656-1888
William E. Grauer    858 550-6000
Randy Scott Grossman    619 595-5400
Francis Q. Hoang    202 434-5929
Henry E. Hockeimer, Jr    215 496-7196
Craig T. Jones    404 525-1080
J William Koegel, Jr    202 429-3000
Elaine C. Lippmann    215 496-7196
Randy H. McMurray    323 931-6200
John F. O'Connor    202 429-3000
F Whitten Peters    202 434-5929
Jonathan H. Pyle    215 772-7223
Robert D. Rose   619 338-6500
Adam L. Rosman    202 778-1859
Hezekiah Sistrunk, Jr    404 222-9922
Ari S. Zymelman    202 434-5929

MOTION HEARING

Minutes:
MOTIONS :

(22-1)To dismiss 2nd amended cmp for lack of personal jurisdiction - HELD

(22-2)To dismiss the action and/or claims therein - HELD

(26-1)To dismiss 2nd amended cmp - HELD

(29-1)For joinder in motion to dismiss 2nd amended cmp [26-1] - HELD

(30-1)For joinder in motion to dismiss 2nd amended cmp [26-1] - HELD

(37-1)To dismiss 2nd amended class action cmp - HELD

(73-1)To transfer venue - HELD

(67-1)To amend plas' 2nd Amended Complaint to add parties as plaintiffs - HELD

(69-1)For preliminary injunction against CACI Intl - HELD

ALL PARTIES TO SUBMIT WRITTEN RESPONSES TO THE COURT'S QUESTIONS BEFORE

Printed:    02/15/2005    8:46 am          124 RR          Page 1 of 2



# Minutes of the United States District Court
## Southern District of California
### Monday, February 14, 2005

2004CV01143-R(NLS)

**For the Honorable:    John S. Rhoades    District Judge**

**Deputy Clerk:    Alex Ramos    Court Reporter/ECR:    Hope Goldsmith**

On Calendar:    2004CV01143-R(NLS)

12:00 PM ON 2/22/05.

**COURT TO ISSUE WRITTEN ORDER BY 2:00 PM ON 3/7/05 WITH NO APPEARANCES REQUIRED.**